UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV -7  P 12: 24
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| JOSEPH MINCEWICZ, PLAINTIFF | CIVIL NO. 3:00CV1505(SRU) |
| V. | |
| MOHEGAN SUN CASINO, LANCE BECKER, MAURICE PARKER, AND JANET KMETZ DEFENDANTS | NOVEMBER 5, 2003 |

## MOTION FOR DISMISSAL

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 11(d) and 11(f) of the Local Rules of Civil Procedure, the defendants, Lance Becker, Maurice Parker, and Janet Kmetz, (hereinafter referred to as "the defendants"), hereby move for the dismissal of this action for failure to comply with the Order of this Court, dated April 10, 2003, directing the plaintiff to file a final pretrial memorandum by September 2, 2003. The defendants also request that they be awarded costs and counsel fees for this motion. In the alternative, the defendants request that sanctions be imposed upon the plaintiff pursuant to Rule 11(f) of the Local Rules of Civil Procedure.

The reasons for this Motion are more fully set forth in the attached Memorandum of Law.

DEFENDANTS
Lance Becker, Maurice Parker,
and Janet Kmetz.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Federal Bar No. #ct17831
e-mail: robert.fiske@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this, the 5th day of November, 2003, by first class postage prepaid, to:

Ms. Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Robert B. Fiske, III
Assistant Attorney General