FILED

2003 NOV 21  P 12: 16

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH MINCEWICZ | : |
| Plaintiff | : |
| V. | : Civil No.3:00CV1505 (SRU)(WIG) |
| MOHEGAN SUN CASINO, ET AL., | : |
| Defendants | : November 19, 2003 |

## PLAINTIFF'S OBJECTION TO MOTION FOR DISMISSAL

Under date of November 5, 2003, the defendants, through their counsel, Attorney Robert B. Fiske, III, moved for dismissal of this action citing plaintiff's failure to submit his portion of the pre-trial memorandum ordered by this court.

The undersigned counsel hereby respectfully requests that this court deny the motion on the following grounds. The undersigned represents as follows:

1. Upon request of the District Court, the undersigned agreed to represent this plaintiff who was previously proceeding pro se. The undersigned initially had a good deal of contact with plaintiff and had an extensive office meeting with him immediately after the undersigned agreed to enter an appearance in his behalf and handle this case;

2. During a recent appearance by counsel before this court at a status conference and calendar call, the undersigned did indicate to the court that she was late in submitting her portion of the pre-trial memorandum because she had lost contact with the plaintiff and was attempting to locate him.

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541

3.  Since that date, the undersigned and her staff have made repeated attempts to locate Mr. Mincewicz, to no avail. The undersigned did not wish to submit the pre-trial memorandum without consultation with him, particularly because the memorandum is to include the identity of witnesses and an identification of exhibits. The undersigned needs the assistance of Mr. Mincewicz in order to complete this section.

4.  In light of defendant's motion for dismissal, however, the undersigned decided to prepare her portion of the pre-trial memorandum without her client's assistance and simply do the best she can without his input based strictly on material and notes in the file he delivered to the undersigned. Accordingly, on this day, opposing counsel was served with plaintiff's section of the memorandum, the original of which is appended hereto.

5.  While the undersigned apologizes to the court and counsel for any inconvenience caused by the untimely compliance, she does not believe that defendants or their counsel have suffered prejudice since the trial in this matter is not to take place until February of 2004, it involves a single cause of action for excessive force, is uncomplicated, and, unlike the undersigned counsel, defense counsel has been involved in this case from the beginning and is thoroughly familiar with the issues and the evidence.

**WHEREFORE**, the undersigned counsel respectfully requests that the motion be denied.

THE PLAINTIFF
JOSEPH MINCEWICZ

BY: _____
KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

His Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed regular U.S. Mail this 19th day of November 2003, to:

Robert B. Fiske, III
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford CT 06105

_____
Karen Lee Torre