FILED

2003 NOV 21  P 12: 17

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH MINCEWICZ | : |
| | : |
| Plaintiff | : |
| | : Civil No.3:00CV1505 (SRU)(WIG) |
| V. | : |
| | : |
| MOHEGAN SUN CASINO, ET AL., | : |
| | : November 19, 2003 |
| Defendants | : |

**PLAINTIFF'S PROPOSED VOIR DIRE**

The plaintiff, through the undersigned counsel, hereby proposes the following questions be propounded to potential jurors:

1. Is anyone here related to a police officer, other law enforcement officer or prosecutor?

2. Does anyone here have a family member or close friend who is employed by or associated in anyway with the Connecticut State Police?

3. Does anyone here have a friend or family member who is employed in the administration of the State of Connecticut, in particular its Department of Public Safety?

4. Does anyone here have a friend or family member employed by the Mohegan Sun or Foxwood Casinos?

5. Has anyone here had any dealings the Mohegan Sun or Foxwoods Casinos which would make it difficult for you to decide this case?

6. Does anyone h ere have any strong feelings about those who visit and gamble at casinos such that you could not be fair and objective in deciding this case?

7. Are any of you employed by an insurance company or other capacity in which you must investigate, evaluate or adjust claims?

8. Does anyone here have any strong opinions one way or the other regarding individuals who bring actions against police officers alleging excessive force in the course of being arrested?

Respectfully submitted:

THE PLAINTIFF
JOSEPH MINCEWICZ

BY: _____
KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

His Attorney

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed regular U.S. Mail this 19th day of November 2003, to:

Robert B. Fiske, III
MacKenzie Hall
Assistant Attorney General
110 Sherman Street
Hartford CT 06105

_____
Karen Lee Torre