FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 2003 DEC 16  P 12: 33

| | | |
|---|---|---|
| JOSEPH MINCEWICZ | : | ~~PRISONER~~ |
| *Plaintiff,* | : | NO. 3:00CV1595(SRU) |
| | : | 1505 |
| VS. | : | |
| | : | |
| MOHEGAN SUN CASINO, ET AL. | : | |
| *Defendants.* | : | DECEMBER 15, 2003 |

## APPEARANCE

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT AND ALL PARTIES OF RECORD:**

**PLEASE ENTER MY APPEARANCE** on behalf of the following defendants listed below in their official and individual capacities in addition to the Appearance originally filed by Assistant Attorney General Robert B. Fiske, III in regards to the above-captioned case:

**Maurice Parker, Lance Becker and Janet Kmetz**

Dated at Hartford, Connecticut, this 15th day of December, 2003.

DEFENDANTS,
Mohegan Sun Casino, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:
Kathleen A. Keating
Assistant Attorney General
Federal Bar No. ct25247
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No. (860) 808-5591
E-Mail: kathleen.keating@po.state.ct.us

# CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 15th day of December, 2003:

Attorney Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510

Kathleen A. Keating
Assistant Attorney General