FILED

2004 JAN -5  A 10: 14

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH MINCEWICZ | : |
| Plaintiff | : |
| V. | : Civil No.3:00CV1505 (SRU)(WIG) |
| MOHEGAN SUN CASINO, ET AL., | : |
| | : December 30, 2003 |
| Defendants | : |

**MOTION FOR HABEAS CORPUS**

TO THE FEDERAL COURT IN AND FOR THE DISTRICT OF CONNECTICUT AT NEW BRIDGEPORT NOW IN SESSION comes Joseph Mincewicz, an inmate at Carl Robinson Correctional Institute, 285 Shaker Rd., Enfield, Connecticut 06082, and moves for a Writ of Habeas Corpus and states further:

He is now being held and confined at Carl Robinson Correctional Institution by the Commissioner of Correction.

The above action will proceed to jury selection on January 8, 2003 at 9:00 a.m. in front of the Honorable Judge Stefan R. Underhill whose courtroom is located at that United States District Court, 915 Lafayette Blvd., Bridgeport, Connecticut.

3. His presence at the aforementioned court proceeding is required.

**WHEREFORE**, the petitioner prays that a Writ of Habeas Corpus be issued to bring him before the Court so that justice may be done.

MOTION GRANTED.
SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J.   1/6/04

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541