TOTAL TIME: **2** hours **55** minutes

HONORABLE Stefan Underhill (cv/fsel January 18, 2002)
DEPUTY CLERK Montz    RPTR/ERO/TAPE Carucci

DATE 1-8-04  3:00cv1505 (SRU)    START TIME 9:35    END TIME 12:30
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:00cv 1505 (SRU)

Mincewicz
vs.
Mohegan Sun, et al

Karen Torre
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Kathleen Keating
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____

☑ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____

**92** Motion TO DISMISS _____ ☐ granted ☑ denied ☐ advisement

Motion _____ ☐ granted ☐ denied ☐ advisement

Motion _____ ☐ granted ☐ denied ☐ advisement

Motion _____ ☐ granted ☐ denied ☐ advisement

_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

**40** # jurors present

Voir Dire oath administered by Clerk ☐ previously administered by Clerk

Voir Dire by Court

Peremptory challenges exercised (See attached)

Jury of **7** drawn (See attached) ☐ and sworn ☐ Jury Trial commences

Remaining jurors excused

Discovery deadline set for _____

Disposition Motions due _____

Joint trial memorandum due _____

Trial continued until **2/2/04** at **9:00**

Pretrial Conf. 1-28-03 @ 2:00 PM

☑ COPY TO: JURY CLERK