UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(CD.10-Rev. 9/92)

Mincewicz
v.
Mohegan Sun et al

CASE NO. 3:00cv1505(SRU)

## CIVIL CHALLENGES

    197 Robey, Pamela     1. 210 Von Vechten, Suzanne

~~[struck through]~~     2. 198 Flannery, Roberta

2. 130 Orlousky     3. 161 Souto, Jessica

3. 140 Cohen     4. ~~[struck through]~~

4. 184 Seanor     155 Cheryl Cordero

_____
COUNSEL FOR PLAINTIFF(S)

_____
COUNSEL FOR DEFENDANT(S)

CD 12 Rev 9 92

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Mincewicz
v
Mohegan Sun, et al

CASE NO. 3:00CV1505 (SRU)

### CIVIL JURY PANEL AS DRAWN

1. #199 Stephanie Sheehy
2. 136 Maria Bartot
3. 204 Debra Mas
4. 196 Heidi Hilse
5. 149 Christopher Hunt
6. 162 Bonnie Frank
7. 160 Amanda Thompson
8. _____

Start 2-2-04

# Judge's List

Judge: STEFAN R. UNDERHILL
Event: 3:00CV1505 (SRU)
Description: MINCEWICZ V MOHEGAN SUN ET AL

Date: 1/8/04
Time: 9:14 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 1 | 100095091 REDDING | 01-0197 | ROBEY, PAMELA H    O.K. | PP |
| ②  | 100119535 NEWTOWN | 01-0195 | SHANLEY, DAVID E<br>SERVICE REP    Fdmn ⟨?⟩ | CP |
| ③ | 100095551 NEW FAIRFIELD | 01-0132 | ORVIS IV, PAUL W<br>VP OF SALES & MKTG    Bus trip 1/31 | CP |
| ④ | 100088415 NORWALK | 01-0177 | WALL, NANCY A<br>COMPANY DIRECTOR    Shows in Feb.<br>Nwk + Philadel. | CP |
| ⑤ | 100098222 WESTPORT | 01-0207 | SCANLIN, JAMES R    -wife - Ret' State<br>MACHINE OPERATOR    Trooper  ⟨?⟩ | CP |
| ⑥ | 100105074 GREENWICH | 01-0189 | STAFFELDT, CRYSTAL D  Foto    not sure<br>STUDENT    ExaniCausen+Arrepral-Trial | CP |
| 7 | 100086010 DANBURY | 01-0130 | ORLOVSKY, DMITRY    O.K.<br>PRINCIPAL ENGINEER | PP |
| 8 | 100125085 BRIDGEPORT | 01-0199 | SHEEHY, STEPHANIE A   O.K.<br>HOUSEWIFE | J-1 |
| 9 | 100104394 RIVERSIDE | 01-0136 | BORTOT, MARIA C    O.K.<br>TAX ANALYST | J-2 |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: STEFAN R. UNDERHILL  
Event: 3:00CV1505 (SRU)  
Description: WINCEWICZ V MOHEGAN SUN ET AL  

Date: 1/8/04  
Time: 9:14 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| (10) | 100089152 | 01-0147 | IRIZARRY, REINALDO  O.K.<br>BRIDGEPORT  PROGRAM COORDINATOR | CP |
| (11) | 100112441 | 01-0176 | TRACY, JULIEANN G  O.K.<br>DANBURY  PHARMACEATICAL SALES  through Acc't. | CP |
| 12 | 100091170 | 01-0204 | MAS, DEBRA S  o.k.<br>SHELTON  CUSTOMER SER REP | J.3 |
| (13) | 100083060 | 01-0185 | SENTNER, DIANE J<br>SHELTON  ACCOUNTING Temp.work Hardship medical prob. | CP |
| 14 | 100126413 | 01-0210 | VAN VECHTEN, SUZANNE A<br>WILTON  SOCIAL WORKER  o.k.<br>No surviving children | PD |
| 15 | 100111915 | 01-0198 | FLANNERY, ROBERTA W  o.k.<br>SOUTHPORT  P.i. F. + o  Not good opinions. FT IL P.i. | PD |
| (16) | 100114255 | 01-0156 | DIXON, TROY ELLEN<br>WILTON  MARKETING SELF EMP - Starting Bus April 2004<br>Sewed G.J. NY.  Work Hardship<br>ex-Hus P.O. | CP |
| (17) | 100081809 | 01-0183 | JACOBSON, ROBERT P<br>BETHEL  CLINICAL CHEMIST<br>works in Terry Town, N.Y.<br>Bayer | CP |
| 18 | 100102634 | 01-0161 | SCIUTO, JESSICA  o.k.<br>STRATFORD  PHARM. UTILIZ. SPEC. | PD |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: STEFAN R. UNDERHILL
Event: 3:00CV1505 (SRU)
Description: MINCEWICZ V MOHEGAN SUN ET AL

Date: 1/8/04
Time: 9:14 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 19 | 100094766 | 01-0196 | HILSE, HEIDI C — BROOKFIELD — TRAFFIC MANAGER | O.K. | J-4 |
| 20 | 100097478 | 01-0140 | COHEN, LAUREN B — WESTPORT — GRAPHIC DESIGNER | ConAir O.K. | PP |
| 21 | 100087423 | 01-0149 | HUNT, CHRISTOPHE J — FAIRFIELD — ACCOUNT EXEC. | O.K. | J-5 |
| 22 | 100108809 | 01-0162 | FRANK, BONNIE A — STRATFORD | O.K. Neighbor FBI Agent Knows Dealer | J-6 |
| 23 | 100119654 | 01-0184 | SEANOR, WILLIAM P — FAIRFIELD — CLIENT SERVICE REP | O.K. | PP |
| (24) | 100090858 | 01-0141 | DONETTO, ALDO — DARIEN | Travel 3rd week Jan thru Feb | CP |
| (25) | 100090106 | 01-0170 | DIVINCENZO, JULIA M — SHELTON — FOOD SERVICE | St. Joe's Manor F+O Father P.O. Ireland Knee Surgery - No Date | CP ~~PD~~ |
| 26 | 100094013 | 01-0155 | CORDEIRO, CHERI L — EASTON — ATHLETICS SECRETARY | Friends P.O. F+O Class Evening 5:25 Danbury | PD |
| (27) | 100117222 | 01-0182 | IACOMACCI, RYAN R — STRATFORD — PHARMACIST | Cheshire? WBOF P.O. Surgery 1/23 Tonsils Unfair | CP |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: STEFAN R. UNDERHILL
Event: 3:00CV1505 (SRU)
Description: MINCEWICZ V MOHEGAN SUN ET AL

Date: 1/8/04
Time: 9:14 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| (28) | 100124473 | 01-0165 | ENGLISH, BRIAN A  .OK. <br> NORWALK  MECHANIC  P.O. (Financial Hardship) | CP |
| (29) | 100098476 | 01-0202 | MAZZEO JR, SALVATORE <br> DARIEN  Retired  Knows lots of P.O. | CP |
| (30) | 100106944 | 01-0181 | MAHER, PATRICK JOSEPH <br> NORWALK  SELF-EMPLOYED Carpenter <br> Knows lots P.O.  Brother-in-law P.O. Knicks | CP |
| 31 | 100091832 | 01-0160 | THOMPSON, AMANDA T  O.K. <br> GREENWICH  EXECUTIVE ASS'T | J.1 |
| (32) | 100106544 | 01-0209 | SOSNOWITZ, ALAN M  O.K.  unfair <br> STAMFORD  DESIGNER/ARTIST <br> Close to P.O. + Attys | |
| (33) | 100112199 | 01-0175 | MORRIS, RUSSELL J <br> NORWALK  EVENT PLANNER  Self emp. <br> 2/9 - 2/11 event | . |
| 34 | 100109453 | 01-0144 | CARSTANJEN, WILLIAM C <br> W. NORWALK  GENERAL COUNSEL - GE  OK | |
| 35 | 100111252 | 01-0164 | FEOLA, EVELYN M  O.K. <br> TRUMBULL  SCHOOL SECRETARY | |
| 36 | 100100028 | 01-0193 | MCDONALD, DIANE M  OK <br> NEWTOWN  HOUSEWIFE | |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: STEFAN R. UNDERHILL  
Event: 3:00CV1505 (SRU)  
Description: MINCEWICZ V MOHEGAN SUN ET AL  

Date: 1/8/04  
Time: 9:14 AM  

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 37 | 100111113 | 01-0159 | HAWKSLEY, STEPHEN S — OK<br>BRIDGEPORT — MACHINE OPERATOR IV<br>*sister-in-law Judge, PA* | |
| 38 | 100119603 | 01-0150 | PLATT, PAMELA H — OK<br>STAMFORD — SCHOOL ADMINISTRATOR<br>*Sister-in-law - Judge* | |
| (39) | 100096088 | 01-0133 | NOWLAN JR, THEODORE W<br>FAIRFIELD — SALES<br>*Son - Gov't Friends: PD, FBI (sold (working for) to M-Sun) unfair  Fin. Hard.* | |
| 40 | 100108778 | 01-0171 | DESANTIS, ROBERT J  ?<br>WILTON — FINANCE & LAW  CFO<br>*Audit - to mid Feb.* | |
| 41 | 100099270 | 01-0211 | MASSIMINO, VICTORIA P<br>STRATFORD — MRI TECHNOLOGIST | |
| 42 | 100119139 | 01-0138 | SANBORN, THEODORE J<br>DARIEN | |
| 43 | 100088302 | 01-0208 | HOGAN, EDWARD L<br>DARIEN — BANKING | |
| 44 | 100108406 | 01-0190 | GUILBERT, ARTHUR C<br>NORWALK — ACCOUNT EXECUTIVE | |
| 45 | 100125558 | 01-0179 | BALBONI, CAROLYN A<br>BRIDGEPORT — TRAINING SUPERVISOR | |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: STEFAN R. UNDERHILL  
Event: 3:00CV1505 (SRU)  
Description: MINCEWICZ V MOHEGAN SUN ET AL

Date: 1/8/04  
Time: 9:14 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 46 | 100099159 | 01-0134 | VONICK, MAUREEN A<br>STRATFORD<br>PARALEGAL/LEGAL ASST | |
| 47 | 100102025 | 01-0206 | BARRY, KATHLEEN M<br>STAMFORD<br>MICROBIOLOGIST | |
| 48 | 100091802 | 01-0131 | FRANCO, MICHAEL J<br>NEW CANAAN<br>MANAGER - IT | |
| 49 | 100083393 | 01-0135 | PISCIONIERE, FRANCIS J<br>SHELTON<br>TOOLROOM LEADMAN | |
| 50 | 100117448 | 01-0143 | HENDERSON, GEORGE GORDON<br>WESTPORT<br>RETIRED EXECUTIVE | |
| 51 | 100086397 | 01-0137 | KRUEGER, PAUL H<br>DANBURY<br>RETIRED | |
| 52 | 100094210 | 01-0180 | CAVALIERE, CATHERINE P<br>TRUMBULL<br>PRODUCTION CONTROL | |
| 53 | 100115323 | 01-0158 | DOMMERMUTH, THOMAS J<br>NEW FAIRFIELD<br>SHOP FOREMAN/MECH | |
| 54 | 100088534 | 01-0194 | CATALANO, JOSEPH D<br>GREENWICH<br>MGR, REPAIR GARAGE | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: STEFAN R. UNDERHILL
Event: 3:00CV1505 (SRU)
Description: MINCEWICZ V MOHEGAN SUN ET AL

Date: 1/8/04
Time: 9:14 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 55 | 100122148 DANBURY | 01-0172 | EISENBACH, ROBERT G<br>RETIRED | ———— |
| 56 | 100090857 RIDGEFIELD | 01-0126 | GRASSO, ROBERT ANTHONY<br>BUILDING CONTRACTOR | ———— |
| 57 | 100093777 NORWALK | 01-0145 | MARTIN, BARBARA V<br>MRI TECH | ———— |
| 58 | 100101722 TRUMBULL | 01-0212 | MARCONI, ROBERT B<br>PUBLIC WORKS/REALTOR | ———— |
| 59 | 100104608 NORWALK | 01-0200 | ROSS, DEBRA J<br>OFFICE MANAGER | ———— |
| 60 | 100104462 DANBURY | 01-0154 | KILEY, DAVID | ———— |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.