*Catucci, R.*

**PRETRIAL CONFERENCE HELD**
**DATE:** 1/29/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
RE-SCHEDULED
Pretrial Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

January 29, 2004

4:30 p.m.

CASE NO. **3:00cv1505**    **Mincewicz v Mohegan Sun**

Robert Bishop Fiske III
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman St.
Hartford, CT 06105

Kathleen Anne Keating
Attorney General's Office
110 Sherman St.
Hartford, CT 06105

Karen Lee Torre
51 Elm St.
Ste. 307
New Haven, CT 06510

*Settled*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK