UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR -5 P 3: 25

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| JOSEPH MINCEWICZ | : | |
| v | : | 3:00-cv-1505 (SRU) |
| MOHEGAN SUN CASINO<br>MAURICE PARKER<br>LANCE BECKER<br>JANET KOMETZ | : | |

## J U D G M E N T

Notice having been sent to counsel of record on January 30, 2004 by order of the Court indicating that the above-entitled case would be dismissed unless counsel of record filed closing papers on or before March 1, 2004 and

No closing papers or further requests for action having been received within the time specified, therefore,

It is ORDERED that this action is dismissed, pursuant to Local Rule 41(b), formerly Local Rule 16(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to re-open the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this 5th day of March, 2004.

KEVIN F. ROWE, CLERK

By _____
Deputy Clerk

Entered on Docket            ,2004