**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOSEPH MINCEWICZ | : | CIVIL NO. 3:00C1505(SRU) |
| | : | |
| VS. | : | |
| | : | |
| MOHEGAN SUN CASINO, ET AL | : | |
| | : | MARCH 2, 2004 |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this matter with prejudice and without an award of costs.

THE DEFENDANTS
Maurice Becker, Janet Kmetz, Lance Becker

THE PLAINTIFF,
Joesph Mincewicz

BY:_____
Robert B. Fiske, III
Assistant Attorney General
Federal Bar No. ct17831
110 Sherman Street
Hartford, CT  06105
Tel No. (860) 808-5450
E-mail:  robert.fiske@po.state.ct.us

BY:_____
Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, suite 307
New Haven, CT 06510
Tel: (203) 865-5541
Federal Bar No. ct01707

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this, the 8th day of March 2004,

to:


Ms. Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, suite 307
New Haven, CT 06510
Tel: (203) 865-5541


_____
Robert B. Fiske, III