UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH MINCEWICZ | : | CIVIL NO. 3:00CV1505(SRU) |
| v. | : | |
| MOHEGAN SUN CASINO, ET AL | : | MARCH 2, 2004 |

### STIPULATED SETTLEMENT

**WHEREAS**, the above-captioned Title 42 U.S.C. § 1983 action was brought by Joseph Mincewicz as plaintiff, against defendants Maurice Parker, Janet Kmetz and Lance Becker of the Connecticut State Police, alleging a violation of his Fourth Amendment rights under the United States Constitution which arose out of an incident in March, 1998, wherein the plaintiff was arrested by the aforementioned defendants.

**WHEREAS**, the plaintiff, represented by Attorney Karen Lee Torre, and the defendants, represented by Assistant Attorney General Robert B. Fiske, III and Kathleen A. Keating, acting upon the advice of their respective attorneys, agree that settlement of all the issues raised by the above-captioned action, would best serve the interest of the parties; and

**WHEREAS**, said parties have attested, and by affixing their signatures hereto, do hereby acknowledge that they voluntarily consent to this Stipulated Settlement as their free act and deed, without undue influence, coercion or duress, and expressly agree to be bound hereby;

**NOW, THEREFORE**, without further proceedings or adjudications of any of the issues of fact or law raised by the disputed claim(s) herein, the parties stipulate and agree as follows:

1.     The plaintiff shall immediately, and with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an order of dismissal of this lawsuit, and shall execute the Release of Liability which is attached hereto as Exhibit A.

2.      Upon dismissal of this lawsuit pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure as described above, and upon receipt of the signed Release of Liability, the State of Connecticut shall, within thirty (30) days, or as soon thereafter as practicable, pay to the plaintiff the sum of One Thousand ($1000) dollars through a check made payable to his attorney as Trustee.

3.      The parties understand and agree that the payment of the aforesaid sum is not intended to constitute, nor shall it be regarded as, an admission of liability on the part of the State of Connecticut, the Office of the Attorney General, the Department of Public Safety, or any of their present or former officers, agents or employees, including the named defendants.  Rather, this stipulation between the parties constitutes a compromise settlement of the matters stated in this claim for the sole purpose of avoiding further expense and inconvenience to both parties in pursuing or defending this matter as might otherwise be required.

4.      The parties agree that none of the monies paid as settlement of this matter shall be recoverable by the State of Connecticut for its costs of incarceration of the plaintiff.

5.      The parties expressly acknowledge that this Stipulation of Settlement is intended to, and shall, constitute full and final settlement of all claims and/or rights of action which have arisen, or may in the future arise, out of any of the circumstances which are the subject of this lawsuit and any and all claims which may be brought pursuant to the Connecticut Constitution, Connecticut General Statutes and such claims as may be cognizable under Title 42 U.S.C. § 1983 for alleged violations of the plaintiff's federal civil rights.  In furtherance thereof, the undersigned plaintiff does now and forever release the defendants, Maurice Parker, Janet Kmetz, Lance Becker, the Department of Public Safety, the State of Connecticut, its agencies,

departments and commissions, and all of their present or former officers, agents and employees from any and all further liability whatsoever in connection with the circumstances surrounding the above-captioned lawsuit in accordance with the duly executed Release of Liability which is attached hereto as Exhibit A.

6.     The parties agree that the terms and conditions of this Stipulation of Settlement shall be incorporated into the motion for order of dismissal referred to in paragraph 1 above, and that the United States District Court for the District of Connecticut may retain jurisdiction over this matter for the purpose of ensuring that all of the terms and conditions of this agreement are carried out as set forth herein.

7.     The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of this lawsuit with respect to the defendants listed herein, and that the respective parties will each bear their own costs, fees and expenses, and that any attorney's fees owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

                                              FOR THE PLAINTIFF

Date: _____         _____
                                              Karen Lee Torre
                                              Law Offices of Karen Lee Torre
                                              51 Elm Street, suite 307
                                              New Haven, CT 06510
                                              Tel: (203) 865-5541
                                              Fax: (203) 865-4844
                                              Federal Bar #ct01707

                                              FOR THE DEFENDANTS

Date: _____         _____
                                              Robert B. Fiske, III
                                              Assistant Attorney General
                                              110 Sherman Street
                                              Hartford, CT 06105
                                              Tel:  (860) 808-5450
                                              Fax:  (860) 808-5591
                                              Federal Bar #ct17831

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 8th day of March 2004:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

_____
Robert B. Fiske, III
Assistant Attorney General