FILED
2004 MAR -9 P 12: 24
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH MINCEWICZ | : | CIVIL NO. 3:00CV1505(SRU) |
| v. | : | |
| MOHEGAN SUN CASINO, ET AL | : | MARCH 2, 2004 |

### STIPULATED SETTLEMENT

**WHEREAS**, the above-captioned Title 42 U.S.C. § 1983 action was brought by Joseph Mincewicz as plaintiff, against defendants Maurice Parker, Janet Kmetz and Lance Becker of the Connecticut State Police, alleging a violation of his Fourth Amendment rights under the United States Constitution which arose out of an incident in March, 1998, wherein the plaintiff was arrested by the aforementioned defendants.

**WHEREAS**, the plaintiff, represented by Attorney Karen Lee Torre, and the defendants, represented by Assistant Attorney General Robert B. Fiske, III and Kathleen A. Keating, acting upon the advice of their respective attorneys, agree that settlement of all the issues raised by the above-captioned action, would best serve the interest of the parties; and

**WHEREAS**, said parties have attested, and by affixing their signatures hereto, do hereby acknowledge that they voluntarily consent to this Stipulated Settlement as their free act and deed, without undue influence, coercion or duress, and expressly agree to be bound hereby;

**NOW, THEREFORE**, without further proceedings or adjudications of any of the issues of fact or law raised by the disputed claim(s) herein, the parties stipulate and agree as follows:

The plaintiff shall immediately, and with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an order of

APPROVED.
SO ORDERED.
FILED 2004 MAR 11 A 9:55 U.S. DISTRICT COURT BRIDGEPORT, CONN