FILED
2004 MAR -9 P 12: 23
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH MINCEWICZ : CIVIL NO. 3:00C1505(SRU)

VS.

MOHEGAN SUN CASINO, ET AL :

MARCH 2, 2004

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this matter with prejudice and without an award of costs.

THE DEFENDANTS
Maurice Becker, Janet Kmetz, Lance Becker

BY: _____
Robert B. Fiske, III
Assistant Attorney General
Federal Bar No. ct17831
110 Sherman Street
Hartford, CT 06105
Tel No. (860) 808-5450
E-mail: robert.fiske@po.state.ct.us

THE PLAINTIFF,
Joesph Mincewicz

BY: _____
Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, suite 307
New Haven, CT 06510
Tel: (203) 865-5541
Federal Bar No. ct01707

APPROVED. The case is hereby dismissed with prejudice and without costs, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
03/10/04

FILED 2004 MAR 11 A 9:55 U.S. DISTRICT COURT BRIDGEPORT, CONN.

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541