**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | **VICTORIA C. MINOR**<br>CHIEF DEPUTY CLERK<br><br>**CHRYSTINE CODY**<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

December 1, 2004

Kathleen Anne Keating
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

       Re: Case Name: Mincewicz v Mohegan Sun Casino, et al
               Number: 3:00cv1505 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

       Defendant's A,B,C

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                                      Sincerely,

                                      Kevin F. Rowe, Clerk

                                  BY /s/ Alice Montz
                                          Alice Montz
                                          Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____