**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

TEL. NO. 579-5861
(AREA CODE 203)

**KEVIN F. ROWE**
CLERK

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

FILED 2004 DEC -6 P 12:43
U.S. DISTRICT COURT
BRIDGEPORT, CONN

December 1, 2004

Kathleen Anne Keating
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

Re: Case Name: Mincewicz v Mohegan Sun Casino, et al
Number: 3:00cv1505 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

Defendant's A,B,C

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Alice Montz
Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 12-2-04